**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:06CV02132

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 12/14/2006

*JURY ACTION*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard Metsker ) | |
| Wilma Metsker ) | CASE NO. |
| 13369 Ellipse Lane ) | |
| Carthage, Missouri 64836 ) | (PLAINTIFF(S) DEMAND A TRIAL BY |
| ) | JURY OF ALL ISSUES SO TRIABLE) |
| vs, ) | |
| ) | |
| UNITED STATES ) | |

## COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Richard Metsker , Wilma Metsker plaintiff(s) herein, complain(s) of defendants and seek(s)

statutory and/or actual and punitive damages as follows:

I

### INTRODUCTION

1.    This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue

Code for the recovery of statutory and/or actual and punitive damages caused by the

intentional and/or negligent unlawful disclosure of confidential return information by

Bernice Roberts-Hartfield, and B. Strudel, purported to be in "Wage & Investment

Area #5", St. Paul, Minnesota; and R. Johnson, purported to be "Operations

Manager, Collection" in "Automated Collection System Support" Fresno, California;

and other unknown agents (herein agent(s)) of the Internal Revenue Service.

2.    This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the

Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

## II

## FACTS

3.   Richard Metsker and Wilma Metsker are Citizens of Missouri who at all times material hereto resided in Carthage, Missouri.

4.   Plaintiffs are the victims of disclosures of confidential information, unauthorized in the absence of record evidence of existing assessment(s). Said unauthorized disclosures are being conducted by the aforementioned agent(s) of the Internal Revenue Service.

5.   A.   On or about December 23, 2003, the aforementioned Bernice Roberts-Hartfield, claiming the Title of ACS, and claiming employee number 15-00-0000, caused to be recorded with the Jasper County Recorder of Deeds, Carthage, Missouri, a purported Notice of Federal Tax Lien - signed "for" B. Strudel - alleging assessments of:

"1040" taxes for "12/31/1997" purportedly assessed on "12/16/2002", beyond the 3 year limitation on collection after assessment in 26 U.S.C. section 6501;

"1040" taxes for "12/31/1998" purportedly assessed on "11/11/2002", beyond the 3 year limitation on collection after assessment in 26 U.S.C. section 6501;

"1040" taxes for "12/31/1999" purportedly assessed on "12/16/2002", beyond the 3 year limitation on collection after assessment in 26

U.S.C. section 6501;

"6682" taxes for "12/31/ 2002" purportedly assessed on "8/11/2003";

"6702" taxes for "12/31/1997" purportedly assessed on "8/27/2001",
beyond the 3 year limitation on collection after assessment in  26
U.S.C. section 6501;

"6702" taxes for "12/31/1997" purportedly assessed on "8/04/2003";

"6702" taxes for "12/31/1998" purportedly assessed on "8/27/2001";

"6702" taxes for "12/31/1998" purportedly assessed on "8/04/2003";

"6702" taxes for "12/31/1999" purportedly assessed on "8/27/2001";

"6702" taxes for "12/31/1999" purportedly assessed on "8/04/2003";

"6702" taxes for "12/31/2000" purportedly assessed on "8/04/2003";
and,

"6702" taxes for "12/31/2001" purportedly assessed on "8/04/2003";

each in amounts for which defendant has been unable to produce evidence
of lawful assessments.

B.    On or about June 6, 2005, the aforementioned R. Johnson, claiming the Title
of Operations Manager, Collection, caused to be placed in the United States
Mail, addressed to Empire District Electric Company, in Joplin, Missouri,  a
purported - unsigned - Notice of Levy on Wages & Salary" alleging

"1040A" taxes for "12/31/1997";

"1040A" taxes for "12/31/1998";

"1040A" taxes for "12/31/1999";

"CIVPEN" taxes for "12/31/2000";

"CIVPEN" taxes for "12/31/2001"; and,

"CIVPEN" taxes for "12/31/2002";

each in amounts for which defendant has been unable to produce evidence of lawful assessments.

6. Absent record evidence of a procedurally proper, valid assessment 1) made in full compliance with federal tax regulation 26 C.F.R. 301.6203-1, and 2) filed in the Office of the Secretary in full accordance with Internal Revenue Code section 6203, the purported Notice of Tax Lien entered into the Jasper County public record by Bernice Roberts-Hartfield and B. Strudel contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 16, below.

7. Absent record evidence of a procedurally proper, valid assessment 1) made in full compliance with federal tax regulation 26 C.F.R. 301.6203-1, and 2) filed in the Office of the Secretary in full accordance with Internal Revenue Code section 6203, the purported Notice of Levy to Empire District Electric Company by R. Johnson contains multiple wrongful disclosures of "return  information" as defined in law. SEE: ¶ 16, below.

8. The wrongful disclosures of plaintiffs' return information has caused plaintiff(s) substantial mental and emotional distress.

9. The wrongful disclosures of plaintiffs' return information has subjected plaintiff(s) to the real possibility of identity theft.

10. Absent record evidence of a procedurally proper, valid assessment 1) made in full

compliance with federal tax regulation 26 C.F.R. 301.6203-1, and 2) filed in the Office of the Secretary in full accordance with Internal Revenue Code section 6203, it was unlawful for the aforementioned agent(s) to place on the purported Notice(s) return information which subject plaintiff(s) to the possibility of identity theft.

11.  Absent record evidence of a procedurally proper, valid assessment 1) made in full compliance with federal tax regulation 26 C.F.R. 301.6203-1, and 2) filed in the Office of the Secretary in full accordance with Internal Revenue Code section 6203, agent(s) disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

12.  A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agents's contrary interpretation is not in good faith.

13.  Agent did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

14.  On information and belief, the agent(s) involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Fourth Amendment right to privacy.

## III

## LEGAL AUTHORITY

15.  Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the

event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

16.    "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned lien(s) "Return Information" is broadly defined in Section 6103(b)(2) as follows:

a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

17.    "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

18.    The disclosure(s) described above are intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which plaintiff(s) is/are entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

19.    Internal Revenue Code section 7431 authorizes damages:

...in an amount equal to the sum of—
(1) the greater of—

(A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
(B) the sum of—
> (i) the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
> (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus

(2) the costs of the action, plus
(3) in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

20.  The reprehensible and vexatious conduct of and the illegal disclosures made by the aforementioned agent(s) and the other agents involved herein has caused plaintiff substantial personal embarrassment, loss of good will, loss in credit, the extent of which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery.  At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by  .

21.  The intentionally and/or grossly negligent unlawful disclosures by  and the other agents involved herein entitles plaintiff(s) to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

22.  Based on the unlawful disclosures plaintiff(s) contend that they are entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

   **WHEREFORE**, plaintiff(s) request(s) after trial of this case that judgement be entered in his/her/their favor against the United States for actual and punitive damages, the costs

of this action, expungement of the aforementioned notices and such other and further relief
to which plaintiff(s) is/are entitled.

Dated _Dec. 11,_____, 2006

_Richard Metsker_
Richard Metsker

_Wilma Metsker_
Wilma Metsker

<u>Jurat</u>

Sworn to and subscribed before me, a Notary Public in the State of Missouri , this
_11_ day of ~~September~~ December 2006.

_Stacey Musche_
Notary Public

My Commission expires: _10/29/10_

STACEY MUSCHE
Notary Public - Notary Seal
STATE OF MISSOURI
Jasper County
My Commission Expires Oct. 29, 2010
Commission # 06427095

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

## I. (a) PLAINTIFFS

Richard Metsker and Wilma Metsker,    88888

## DEFENDANTS

United States

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INV

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

n/a    PRO SE'S    N/A
13369 ELLIPSE LANE
CARTHAGE, MO.
64836

ATTORNE

Alberto
United
950 Pe
Washi

JURY ACTION

CASE NUMBER  1:06CV02132

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

○ 3 Federal Question
(U.S. Government Not a Party)

◉ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust

☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ◉ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

②

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

26 USC 7433 Civil Damages for certain unauthorized collections actions

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ _____ | Check YES only if demanded in complaint |
|---|---|---|---|
| | | JURY DEMAND: | YES ☒    NO ☐ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE Dec 13, 2006    SIGNATURE OF [Plaintiff] _Richard Metsker  Wilma Metsker_

14

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

RECEIVED

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT