UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD METSKER**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-2132 (RCL) |
| ) | |
| **UNITED STATES**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Having considered the United States' Motion to Dismiss [3], memorandum in support thereof, and the opposition and reply thereto, the Court concludes that the motion should be GRANTED. Accordingly, it is this 8th day of May, 2007,

ORDERED, that the United States' Motion to Dismiss [3] is GRANTED; and it is further

ORDERED, that plaintiffs' Complaint be and is DISMISSED WITH PREJUDICE, and it is further ORDERED, that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below:

Nicole M. Stoduto, Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044

Richard Metsker, Wilma Metsker
13369 Ellipse Lane
Carthage, MO 64836

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 8, 2007.